Leonard Malcolm OETH, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 25210.

United States Court of Appeals
Fifth Circuit.

March 14, 1968.

Oeth v. United States, 5 Cir., 1966, 354
F.2d 1008.

After a hearing at which appellant's
attorney was present, the District Court
modified the sentence to provide, pursu-
ant to 18 U.S.C.A. § 4208(a) (2), that
the appellant would be eligible for parole
at such time as the Board of Parole
might determine.

The sole contention of the § 2255 mo-
tion is that appellant was denied due
process because he was not present at the
"resentencing." As the District Court
held, Rule 43, Fed.R.Crim.P. provides
that "The defendant's presence is not re-
quired at a reduction of sentence under
Rule 35." We find no substantial issue
is presented in this appeal.

Affirmed.

Leonard Malcolm Oeth, pro se.

Theodore Klein, Asst. U. S. Atty.,
Miami, Fla., for appellee.

Before WISDOM, BELL and DYER,
Circuit Judges.

PER CURIAM:

The appellant was convicted upon a
trial by jury on charges of kidnapping
and aircraft piracy in violation of 18
U.S.C.A. § 1201 and 49 U.S.C.A. § 1472,
for which he was sentenced to serve
concurrent terms of one and twenty years
respectively. Upon direct appeal, the
judgment was affirmed. Healy and